

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00516-CV

### IN RE ALLIED TRUST INSURANCE COMPANY

Original Proceeding[1]

PER CURIAM

Sitting: Rebeca C. Martinez, Chief Justice
    Adrian A. Spears II, Justice
    H. Todd McCray, Justice

Delivered and Filed: October 29, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

Relator filed his petition for writ of mandamus on August 13, 2025, challenging the denial of a motion for summary judgement. After considering the petition and the record, this court concludes that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2024CI07412, styled *Cody Smith vs. Allied Trust Insurance Company*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Christine Vasquez Hortick presiding.